1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  SUSAN E. SLAGER, State Bar No. 162942
   Supervising Deputy Attorney General
3  CATHERINE E. FLORES, State Bar No. 252240
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 323-3795
6    Fax:  (916) 324-5567
     E-mail:  Catherine.Flores@doj.ca.gov
7  *Attorneys for Defendants*
   *California Department of State Hospitals – Stockton,*
8  *and Juan C. Arguello*

9                  IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

14  | **SHARMISTHA BARAI, an individual,** | Case No.: |
    |---|---|
    | Plaintiff, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** |
    | v. | **(FEDERAL QUESTION)** |
    | **CALIFORNIA DEPARTMENT OF STATE HOSPITALS - STOCKTON, a public agency; JUAN C. ARGUELLO, an individual; and DOES 1-100, inclusive,** | Superior Court of California, County of Sacramento, Case No. 34-2016-00202368 |
    | Defendants. | |

21

22  **TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL PARTIES:**

23       **PLEASE TAKE NOTICE** that Defendants California Department of State Hospitals –

24  Stockton, and Juan C. Arguello ("Defendants"), hereby remove to this Court the state court action

25  described below.

26       1.   On October 24, 2016, an action was commenced in the Superior Court of the State of

27  California in and for the County of Sacramento ("State Court") entitled *Sharmistha Barai v.*

28  *California Department of State Hospitals – Stockton, Juan C. Arguello, and Does 1 through 100,*

                                        1

1   *inclusive* (the "Complaint"). A copy of the Complaint, Summons, and Notice of Case

2   Management Conference are attached hereto as Exhibit A.

3       2. The Complaint was served on Defendants via hand delivery on November 23, 2016.

4       3. This action is a civil action of which this Court has original jurisdiction under 28

5   U.S.C. section 1331, and is one which may be removed to this Court by Defendants pursuant to

6   the provisions of 28 U.S.C. section 1441(a) in that it arises under federal law, including 42 U.S.C.

7   section 2000(e) and 42 U.S.C. section 12112, *et seq.* Plaintiff's Complaint alleges that the

8   Defendants discriminated and retaliated against Plaintiff on the basis of Plaintiff's disability,

9   pregnancy, sex, national origin, and/or race and ethnicity in violation of Title VII.

10       4. No other defendants have been served with summons and complaint.

11       5. Defendants have not yet filed a responsive pleading in state court. Simultaneous with

12   this Notice of Removal, Defendants will file a Notice of Filing Notice of Removal in the state

13   court in order to notify the state court clerk and Plaintiff regarding the removal of this action to

14   federal court.

15   Dated: December 22, 2016                 Respectfully submitted,

16                                          KAMALA D. HARRIS
                                       Attorney General of California

17                                          SUSAN E. SLAGER
                                       Supervising Deputy Attorney General

18

19                                          */s/ Catherine E. Flores*

20                                          CATHERINE E. FLORES
                                       Deputy Attorney General

21                                          *Attorneys for Defendants*
                                       *California Department of State Hospitals –*

22                                          *Stockton and Juan C. Arguello*

23   SA2016104823
    12524759.doc

24

25

26

27

28

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (34-2016-00202368)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   ***Sharmistha Barai v. DSH, et al.***
No.:         **34-2016-00202368**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>December 22, 2016</u>, I served the attached

### NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)

by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Roza Crawford
CRAWFORD LAW GROUP
15303 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403

Superior Court of California
County of Sacramento
720 9th Street, Room 102
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 22, 2016, at Sacramento, California.

| Sylvia Sandoval | */s/Sylvia Sandoval* |
|---|---|
| Declarant | Signature |

SA2016104823
12536224.doc