KATHLEEN A. KENEALY, State Bar No. 212289
Acting Attorney General of California
SUSAN E. SLAGER, State Bar No. 162942
Supervising Deputy Attorney General
CATHERINE E. FLORES, State Bar No. 252240
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-3795
 Fax: (916) 324-5567
 E-mail: Catherine.Flores@doj.ca.gov
*Attorneys for Defendants
California Department of State Hospitals – Stockton,
and Juan C. Arguello*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHARMISTHA BARAI, an individual,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF STATE HOSPITALS - STOCKTON, a public agency; JUAN C. ARGUELLO, an individual; and DOES 1-100, inclusive,**<br><br>Defendants. | 2:16-CV-02995-KJM-CKD<br><br>**JOINT REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER**<br><br>[E.D. Cal. Local R. 144(a)]<br><br><br><br>Action Filed: October 24, 2016<br>Notice of Removal Filed: December 22, 2016 |

**JOINT REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiff Sharmistha Barai, an individual, and Defendants California Department of State Hospitals – Stockton, a public agency, and Juan C. Arguello, an individual, through their respective counsels of record, hereby stipulate as follows:

A.   WHEREAS, Defendants filed a Notice of Removal on December 22, 2016.

1

B.   WHEREAS, on December 29, 2016, the parties entered into and filed an initial stipulation to a 14-day extension of time in which the Defendants would have to respond to the Complaint, in order to facilitate the parties' meet and confer efforts.

C.   WHEREAS, the parties now request additional time to continue their meet and confer efforts and allow Plaintiff to file a First Amended Complaint.

NOW, THEREFORE, Plaintiff and Defendants stipulate that:

It is in the interest of judicial economy to extend the time in which Defendants may respond to Plaintiff's Complaint for Damages and Injunctive Relief be extended for 14 days to January 26, 2017.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated:  January 12, 2017                    Respectfully submitted,

KATHLEEN A. KENEALY
Acting Attorney General of California
SUSAN E. SLAGER
Supervising Deputy Attorney General

*/s/ Catherine E. Flores*

CATHERINE E. FLORES
Deputy Attorney General
*Attorneys for Defendants*
*California Department of State Hospitals –*
*Stockton, and Juan C. Arguello*

Dated:  January 12, 2017                    CRAWFORD LAW GROUP

*/s/ Daniel A. Crawford*
(as authorized on January 11, 2017)

ROZA CRAWFORD
DANIEL A. CRAWFORD
*Attorneys for Plaintiff Sharmistha Barai*

2

**ORDER**

PURSUANT TO STIPULATION BY THE PARTIES TO THIS CASE, IT IS HEREBY ORDERED THAT:

1. The time in which Defendants shall file a responsive pleading to Plaintiff's Complaint for Damages and Injunctive Relief be extended for 14 days to January 26, 2017.

DATED: January 13, 2017.

_____
UNITED STATES DISTRICT JUDGE