UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARMISTHA BARAI,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF STATE HOSPITALS – STOCKTON et al.,<br><br>Defendants. | No. 2:16-cv-02995-KJM-CKD<br><br><br><br>ORDER |

This matter was originally filed in Sacramento Superior Court on October 24, 2016. ECF No. 1. On December 22, 2016, defendants removed the case to this court. *Id.*

On February 27, 2017 the parties filed a stipulation to remand this case to Sacramento County Superior Court. ECF No. 19. After reviewing the parties' stipulation and finding good cause, the court APPROVES said stipulation and remands this case to Sacramento County Superior Court. After remanding this action, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

DATED: April 17, 2017.

_____
UNITED STATES DISTRICT JUDGE

1